# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2010-1544

ULTRAMERCIAL, LLC AND ULTRAMERCIAL, INC.,

Plaintiffs-Appellants,

v.

HULU, LLC,

Defendant-Appellee,

and

WILDTANGENT, INC.,

Defendant-Appellee.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 18 2011

JAN HORBALY
CLERK

Appeal from the United States District Court for the Central District of California in case no. 2:09-CV-6918, Judge R. Gary Klausner.

## APPELLEE WILDTANGENT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR IT AND ITS CO-APPELLEE HULU, LLC TO FILE THEIR APPELLEE'S BRIEFS

Pursuant to Federal Rule of Appellate Procedure 26(b) and Rule 26(b) of the Rules of this Court, Defendant-Appellee WildTangent, Inc. ("WildTangent") respectfully request that this Court grant a 30-day extension of time, to and including March 30, 2011, within which to file its Appellee's brief, and within

which co-Defendant-Appellee Hulu, LLC ("Hulu") may file its Appellee's brief, if WildTangent and Hulu file separate Appellees' briefs. Appellees' briefs are currently due on February 28, 2011, per Federal Rules of Appellate Procedure 26(a) and 26(c), and 5 U.S.C. § 6103(a). Counsel for Appellants Ultramercial, LLC and Ultramercial, Inc. (collectively "Appellants") has represented that Appellants do not oppose this motion.

This is WildTangent's first request for an enlargement of time on appeal. This request is made at least seven days in advance of the date sought to be extended as set forth in Rule 26(b)(1) of the Rules of this Court.

As set forth in the attached declaration of Richard G. Frenkel, pursuant to Rule 26(b)(4) of this Court, good cause exists for the requested extension. Specifically, Richard G. Frenkel, counsel for WildTangent, will be involved in a two-week trial and post-trial briefing relating to a bench trial in *Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals Inc.*, Case No. 8-cv-0542 (D.N.J) scheduled to begin on January 24, 2011. Lisa K. Nguyen, counsel for WildTangent, will be involved in pre-trial motions and a three-week trial relating to a jury trial in *SanDisk v. Phison et al.*, Case Nos. 07-C-0605-C, 07-C-0607-C (W.D. Wis.) scheduled to being on February 28, 2011. Darin Snyder, counsel for Hulu, will be conducting discovery and involved in multiple depositions relating to

the action *Affinity Labs Of Texas, LLC v. Apple Inc.*, Case No. 09-cv-4436 (N.D. Cal.) which has a fact discovery cut-off date of March 11, 2011.

Accordingly, WildTangent, on behalf of itself and its co-Appellee Hulu, respectfully requests a brief extension of time of thirty days, to and including March 30, 2011, within which WildTangent and Hulu may file their Appellees' briefs.

Respectfully submitted,

Dated: January 14, 2011

Richard G. Frenkel
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Email: rfrenkel@wsgr.com

*Counsel for Defendant-Appellee*
WILDTANGENT, INC.

## DECLARATION OF RICHARD G. FRENKEL

I, Richard G. Frenkel, declare:

1. I am Partner-Elect at Wilson Sonsini Goodrich & Rosati, counsel of record for Appellee, WildTangent, Inc. ("WildTangent"), in the above-referenced matter. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This declaration is submitted pursuant to Rule 26(b)(5) of the Rules of this Court.

3. Appellees' briefs are currently due February 28, 2011.

4. On behalf of both appellees, WildTangent requests a thirty-day extension, to and including March 30, 2011, within which both appellees may file their respective Appellees' briefs, or a joint Appellees' brief if they deem appropriate to do so.

5. There is good cause for the requested extension.

6. Counsel for Appellants Ultramercial, LLC and Ultramercial, Inc. (collectively "Appellants") has represented that Appellants do not oppose this request.

7. Counsel for co-Defendants-Appellee Hulu, LLC has represented that Hulu does not oppose this request.

8. I will be involved in a two-week trial and post-trial briefing relating to a bench trial in *Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals Inc.*, Case No. 8-cv-0542 (D.N.J) scheduled to begin on January 24, 2011.

9. Lisa K. Nguyen, counsel for WildTangent, will be involved in pre-trial motions and a three-week trial relating to a jury trial in *SanDisk v. Phison et al.*, Case Nos. 07-C-0605-C, 07-C-0607-C (W.D. Wis.) scheduled to being on February 28, 2011.

10. Darin Snyder, counsel for defendant-Appellee Hulu, LLC, will be conducting discovery and involved in multiple depositions relating to the action *Affinity Labs Of Texas, LLC v. Apple Inc.*, Case No. 09-cv-4436 (N.D. Cal.) which has a fact discovery cut-off date of March 11, 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of January, 2010 in Palo Alto, California.

Richard G. Frenkel

## CERTIFICATE OF INTEREST

Counsel for Appellee WildTangent, Inc. certifies the following:

1. The full name of every party or amicus represented by me is: WildTangent, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is: WildTangent, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are: WildTangent, Inc. has no parent corporation and no publicly held companies own 10 percent or more of its stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are: Richard G. Frenkel, Esq. and Lisa K. Nguyen, Esq., Wilson Sonsini Goodrich & Rosati PC, 650 Page Mill Road, Palo Alto, CA 94304.

| 1/14/11 | _(signature)_ |
|---|---|
| Date | Signature of counsel |
| | RICHARD G FRENKEL |
| | Printed name of counsel |

-6-

## CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2011**, and unless otherwise indicated, one copy of the foregoing **APPELLEE WILDTANGENT, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR IT AND ITS CO-APPELLEE HULU, LLC TO FILE THEIR APPELLEE'S BRIEFS** was served via e-mail and First Class Mail to the following:

Lawrence M. Hadley
Hazim Ansari
Mieke K. Malmberg
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
*Email: hadleyl@hbdlawyers.com*
*Email: ansarih@hbdlawyers.com*
*Email: malmbergm@hbdlawyers.com*
**Counsel for Plaintiff-Appellants**
**Ultramercial, LLC and Ultramercial, Inc.**

_____
Robin Pezzimenti