**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ultramercial, LLC and Ultramercial, Inc.   v.   Hulu, LLC and WildTangent, Inc.

No. 2010-1544

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

____ Pro Se    ✓ As counsel for:   WildTangent, Inc.
                                   Name of party

I am, or the party I represent is (select one):

____ Petitioner  ____ Respondent  ____ Amicus curiae  ____ Cross Appellant
____ Appellant   ✓ Appellee       ____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

____ Petitioner or appellant    ____ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Katherine I. Twomey |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh St. NW, Suite 1000 |
| City, State and ZIP: | Washington, DC 20004 |
| Telephone: | (202) 637-3375 |
| Fax #: | (202) 637-2201 |
| E-mail address: | katherine.twomey@lw.com |

Statement to be completed by counsel only (select one):

____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/7/11

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    ____ No

____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/17/11                                   /s/ Katherine Twomey
Date                                       Signature of pro se or counsel

FILED
COURT OF APPEALS FOR
FEDERAL CIRCUIT
OCT 17 2011

cc: Counsel for Ultramercial, LLC and Ultramercial, Inc.

JAN HORBALY