Case No. 2010-1544

# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

*Plaintiffs-Appellants,*

v.

HULU, LLC,

*Defendant-Cross Appellee,*

and

WILDTANGENT, INC.,

*Defendant-Appellee.*

Appeals from the United States District Court
for the Central District of California
in Case No. 09-cv-6918 and 06-cv-11585, Judge R. Gary Klausner

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, AND RED HAT, INC. IN SUPPORT OF DEFENDANT/APPELLEE WILDTANGENT, INC.

Julie P. Samuels
   *(Principal Attorney of Record)*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org
*Attorneys for Amicus Curiae*
Electronic Frontier Foundation

October 28, 2011

Pursuant to Federal Rules of Appellate Procedure 29 and 35, and Federal Circuit Rule 35, the Electronic Frontier Foundation ("EFF"), The Computer & Communications Industry Association ("CCIA"), and Red Hat, Inc. respectfully move this Court for leave to file an *amici curiae* brief in support of Defendant-Appellee's Motion for Rehearing en banc in the above-captioned matter.

The Electronic Frontier Foundation ("EFF") is a non-profit civil liberties organization that has worked for more than 20 years to protect consumer interests, innovation, and free expression in the digital world. EFF and its more than 14,000 dues-paying members have a strong interest in helping the courts and policy-makers in striking the appropriate balance between intellectual property and the public interest.

The Computer & Communications Industry Association ("CCIA") is a non-profit trade association dedicated to open markets, open systems, and open networks. CCIA members participate in many sectors of the computer, information technology, and telecommunications industries and range in size from small entrepreneurial firms to the largest in the industry. A list of CCIA's members is available at <http://ccianet.org/members>. CCIA members use the patent system regularly, and depend upon it to fulfill its constitutional purpose of promoting innovation. CCIA is increasingly concerned that the patent system has expanded without adequate accountability and oversight.

Red Hat, Inc. is the world's leading provider of open source software and related services to enterprise customers. Its software products are used by Wall Street investment firms, hundreds of Fortune 500 companies, and the United States government. Headquartered in Raleigh, North Carolina, Red Hat has offices in 28 countries

*Amici* are concerned about the lack of predictable and consistent law in the wake of the Supreme Court's ruling in *Bilski v. Kappos.* 130 S. Ct. 3218, 3231 (2010). The threshold question of whether an invention is impermissibly abstract, as addressed in *Bilski* and by the panel here, is one of great and growing importance before the courts. Yet, this Court's recent rulings appear to contradict each other, and—when read together—imply a stringent rule not contemplated by the Supreme Court in *Bilski,* namely, that an otherwise abstract invention is patentable subject matter when tied to the Internet or other computerized material. *Amici* has grave concerns that the panel's decision could negatively impact potential litigants and others affected by patent rights.

For these reasons, EFF, CCIA, and Red Hat Inc. respectfully ask this Court to grant them leave to file the accompanying brief of *amici curiae* in support of Defendant-Appellee Wildtangent' Motion for Rehearing en banc.

Dated: October 28, 2011     Respectfully submitted,

By: _____
Julie P. Samuels

Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org

Attorney for *Amicus Curiae*
Electronic Frontier Foundation

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, AND RED HAT, INC. IN SUPPORT OF DEFENDANT/APPELLEE WILDTANGENT, INC. was filed on October 28, 2011 pursuant to Fed. R. App. P. 25 by dispatch of the original and three copies by Federal Express for delivery to the clerk on the next business day, addressed as follows:

Jan Horbaly
Circuit Executive and Clerk of the Court
Office of the Clerk
US Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

On the same date, one true and correct copy of the foregoing Entry of Appearance was served on counsel for all parties by Federal Express overnight delivery, addressed as follows:

Darin W. Snyder, Esq.
Luann L. Simmons, Esq.
Nora M. Puckett, Esq.
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel:   (415) 984-8700
Fax:   (415) 984-8701
*Attorneys for Defendant Hulu, LLC*

Lawrence M. Hadley, Esq.
Katherine M. Malmberg, Esq.
MCKOOL SMITH HENNIGAN, P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel:   (213) 694-1200
Fax:   (213) 694-1234
Hazim Ansari, Esq.
HENNIGAN DORMAN LLP
865 South Figueroa Street, Suite 2900

Los Angeles, CA 90017
Tel:  (213) 694-1200
Fax:  (213) 694-1234
*Attorneys for Plaintiff/Appellant Ultramercial, Inc.*

Gregory C. Garre, Esq.
Richard P. Bress, Esq.
Katherine Twomey, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel:  (202) 637-2200
Fax:  (202) 637-2201

Richard G. Frenkel, Esq.
Lisa Kim Ahn Nguyen, Esq.
LATHAM & WATKINS LLP
140 Scott Drive,
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600
*Attorneys for Defendant/Appellee WildTangent, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

October 28, 2011

Julie Samuels
*Attorneys for Amicus Curiae*
*Electronic Frontier Foundation*