NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1544

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

              Plaintiffs-Appellants,

v.

HULU, LLC,

              Defendant,

and

WILDTANGENT, INC.,

              Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

ON MOTION

## ORDER

Upon consideration of the motion of Electronic Frontier Foundation, et al. for leave to file a brief amici curiae in support of Appellee's petition for rehearing en banc,

IT IS ORDERED THAT:

The motion is granted. The brief is accepted for filing.

            FOR THE COURT

November 3, 2011
Date

            /s/ Jan Horbaly
            Jan Horbaly
            Clerk

cc: Lawrence M. Hadley, Esq.
  Darin W. Snyder, Esq.
  Gregory C. Garre, Esq.
  Julie P. Samuels, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 03 2011

JAN HORBALY
CLERK