Case No. 2010-1544

# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

**ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,**

*Plaintiffs-Appellants,*

v.

**HULU, LLC,**

*Defendant-Cross Appellee,*

and

**WILDTANGENT, INC.,**

*Defendant-Appellee.*

Appeals from the United States District Court
for the Central District of California
in Case No. 09-cv-6918 and 06-cv-11585, Judge R. Gary Klausner

**CERTIFICATE OF INTEREST OF THE ELECTRONIC FRONTIER FOUNDATION**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 4 2011

JAN HORBALY
CLERK

RECEIVED
NOV 4 2011
United States Court of Appeals
For The Federal Circuit

Julie P. Samuels
  (*Principal Attorney of Record*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org
*Attorneys for Amicus Curiae*
Electronic Frontier Foundation

November 3, 2011

# CERTIFICATE OF INTEREST

# ELECTRONIC FRONTIER FOUNDATION

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for Amicus Curiae certifies that:

1. The full name of the amicus represented by me is:

Electronic Frontier Foundation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

None.

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court is: Julie P. Samuels, Electronic Frontier Foundation, San Francisco, California.

November 3, 2011

Julie P. Samuels
*Attorneys for Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION