Form 8

**FORM 8. Entry of Appearance**

RECEIVED

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ultramercial, LLC and Ultramercial, Inc. ____ v. Hulu, LLC and WildTangent, Inc.

NOV __ 8 2011

No. 2010-1544

### ENTRY OF APPEARANCE

United States Court of Appeals
For The Federal Circuit

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se        ✓ As counsel for:        Electronic Frontier Fndtn, Red Hat, Inc., &
                                              Name of party

I am, or the party I represent is (select one):         The Computer & Communications Industry Ass'n

_____ Petitioner  _____ Respondent  ✓ Amicus curiae  _____ Cross Appellant

_____ Appellant  _____ Appellee  _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant  ✓ Respondent or appellee

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

My address and telephone are:

| | |
|---|---|
| Name: | Julie P. Samuels |
| Law firm: | Electronic Frontier Foundation |
| Address: | 454 Shotwell Street |
| City, State and ZIP: | San Francisco, CA 94110 |
| Telephone: | 415-436-9333 |
| Fax #: | 415-936-9993 |
| E-mail address: | julie@eff.org |

NOV 08 2011

JAN HORBALY
CLERK

Statement to be completed by counsel only (select one):

_____ ✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____ Yes  ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

_____        _____
Date                   Signature of pro se or counsel

cc: see attached service list

123

70