Case No. 2010-1544

# UNITED STATES COURT OF APPEALS

# FOR THE FEDERAL CIRCUIT

**ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,**

*Plaintiffs-Appellants,*

v.

**HULU, LLC,**

*Defendant-Cross Appellee,*

and

**WILDTANGENT, INC.,**

*Defendant-Appellee.*

Appeals from the United States District Court
for the Central District of California
in Case No. 09-cv-6918, Judge R. Gary Klausner

## CERTIFICATE OF INTEREST OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, RED HAT, INC. AND THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 8 2011

JAN HORBALY
CLERK

Julie P. Samuels
   (*Principal Attorney of Record*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org
*Attorneys for Amici Curiae*

November 7, 2011

# CERTIFICATE OF INTEREST

# ELECTRONIC FRONTIER FOUNDATION

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for Amicus Curiae the Electronic Frontier Foundation certifies that:

1. The full name of the amicus represented by me is:

Electronic Frontier Foundation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

None.

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court is: Julie P. Samuels, Electronic Frontier Foundation, San Francisco, California.

November 7, 2011

Julie P. Samuels
*Attorneys for Amici Curiae*
ELECTRONIC FRONTIER
FOUNDATION, THE COMPUTER &
COMMUNICATIONS INDUSTRY
ASSOCIATION and RED HAT, INC.

# CERTIFICATE OF INTEREST

## THE COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for Amici Curiae certifies that:

1. The full name of the amicus represented by me is:

The Computer & Communications Industry Association

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

None.

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court is: Julie P. Samuels, Electronic Frontier Foundation, San Francisco, California.

November 7, 2011

Julie P. Samuels
*Attorneys for Amici Curiae*
ELECTRONIC FRONTIER
FOUNDATION, THE COMPUTER &
COMMUNICATIONS INDUSTRY
ASSOCIATION and RED HAT, INC.

## CERTIFICATE OF INTEREST

## RED HAT, INC.

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for Amicus Curiae certifies that:

1.   The full name of the amicus represented by me is:

Red Hat, Inc.

2.   The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.   All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

Fidelity Management & Research Company and T. Rowe Price

4.   The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court is: Julie P. Samuels, Electronic Frontier Foundation, San Francisco, California.

November 7, 2011

Julie P. Samuels
*Attorneys for Amici Curiae*
ELECTRONIC FRONTIER
FOUNDATION, THE COMPUTER &
COMMUNICATIONS INDUSTRY
ASSOCIATION and RED HAT, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate of Interest of the Electronic Frontier Foundation, Red Hat, Inc. and The Computer & Communications Industry Association was filed on November 7, 2011 pursuant to Fed. R. App. P. 25 by dispatch of the original and three copies by Federal Express for delivery to the clerk on the next business day, addressed as follows:

Jan Horbaly
Circuit Executive and Clerk of the Court
Office of the Clerk
US Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

On the same date, one true and correct copy of the foregoing Entry of Appearance was served on counsel for all parties by U.S. Mail, addressed as follows:

Darin W. Snyder, Esq.
Luann L. Simmons, Esq.
Nora M. Puckett, Esq.
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel:   (415) 984-8700
Fax:   (415) 984-8701
*Attorneys for Defendant Hulu, LLC*

Lawrence M. Hadley, Esq.
Katherine M. Malmberg, Esq.
MCKOOL SMITH HENNIGAN, P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

Tel: (213) 694-1200
Fax: (213) 694-1234

Hazim Ansari, Esq.
HENNIGAN DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: (213) 694-1200
Fax: (213) 694-1234
*Attorneys for Plaintiff/Appellant Ultramercial, Inc.*

Gregory C. Garre, Esq.
Richard P. Bress, Esq.
Katherine Twomey, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201

Richard G. Frenkel, Esq.
Lisa Kim Ahn Nguyen, Esq.
LATHAM & WATKINS LLP
140 Scott Drive,
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
*Attorneys for Defendant/Appellee WildTangent, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

November 7, 2011

Julie Samuels
*Attorneys for Amici Curiae
Electronic Frontier Foundation, Red
Hat, Inc. and The Computer &
Communications Industry Association*