Case No. 2010-1544

## UNITED STATES COURT OF APPEALS

## FOR THE FEDERAL CIRCUIT

## ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

*Plaintiffs-Appellants,*

v.

## HULU, LLC,

*Defendant-Cross Appellee,*



RECEIVED
U.S. COURT OF APPEALS
THE FEDERAL CIRCUIT

SEP - 6 2012

JAN HORBALY
CLERK

and

## WILDTANGENT, INC.,

*Defendant-Appellee.*

Appeals from the United States District Court
for the Central District of California
in Case No. 09-cv-6918 and 06-cv-11585, Judge R. Gary Klausner

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION AND PUBLIC KNOWLEDGE IN SUPPORT OF DEFENDANT/APPELLEE WILDTANGENT, INC.'S MOTION FOR REHEARING EN BANC

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 6 2012

JAN HORBALY
CLERK

Julie P. Samuels
  (*Principal Attorney of Record*)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org

Attorney for Amicus Curiae
Electronic Frontier Foundation

September 5, 2012

Pursuant to Federal Rules of Appellate Procedure 29 and 35, and Federal Circuit Rule 35, the Electronic Frontier Foundation ("EFF") and Public Knowledge respectfully move this Court for leave to file an *amici curiae* brief in support of Defendant-Appellee's Motion for Rehearing en banc in the above-captioned matter.

The Electronic Frontier Foundation is a non-profit civil liberties organization that has worked for more than 20 years to protect consumer interests, innovation, and free expression in the digital world. EFF and its nearly 20,000 dues-paying members have a strong interest in helping the courts and policy-makers in striking the appropriate balance between intellectual property and the public interest.

Public Knowledge is a non-profit public interest organization devoted to protecting citizens' rights in the emerging digital information culture and focused on the intersection of intellectual property and technology. Public Knowledge seeks to guard the rights of consumers, innovators, and creators at all layers of our culture through legislative, administrative, grassroots, and legal efforts, including regular participation in patent and other intellectual property cases that threaten consumers, trade, and innovation.

*Amici* are concerned about the lack of predictable and consistent law in the wake of the Supreme Court's rulings in *Mayo Collaborative Servs. v. Prometheus Labs., Inc.,* 132 S. Ct. 1289 (2012) and *Bilski v. Kappos.* 130 S. Ct. 3218, 3231

1

(2010). The threshold question of whether an invention is impermissibly abstract, as addressed in both *Mayo* and *Bilski* and by the panel here, is one of great and growing importance before the courts. Yet, this Court's recent rulings appear to contradict each other, and—when read together—imply a stringent rule not contemplated by the Supreme Court, namely, that an otherwise abstract invention is patentable subject matter when tied to the Internet or other computerized material. *Amici* have grave concerns that the panel's decision could negatively impact potential litigants and others affected by patent rights.

For these reasons, EFF and Public Knowledge respectfully asks this Court to grant it leave to file the accompanying brief of *amici curiae* in support of Defendant-Appellee Wildtangent's Motion for Rehearing en banc.

Dated: September 5, 2012             Respectfully submitted,

By: Julie P. Samuels /ss/
      Julie P. Samuels

ELECTRONIC FRONTIER
FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Tel: (415) 436-9333
Fax: (415) 436-9993
julie@eff.org

Attorney for Amicus Curiae
Electronic Frontier Foundation

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Leave to File Brief Amici

Curiae of the Electronic Frontier Foundation was filed on September 5, 2012

pursuant to Fed. R. App. P. 25 by dispatch of the original and three copies by

Federal Express for delivery to the clerk on the next business day, addressed as

follows:

Jan Horbaly
Circuit Executive and Clerk of the Court
Office of the Clerk
US Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C.  20439

On the same date, one true and correct copy of the foregoing Motion for

Leave to File Brief Amici Curiae was served on counsel for all parties by U.S.

Mail, addressed as follows:

Darin W. Snyder, Esq.
Luann L. Simmons, Esq.
Nora M. Puckett, Esq.
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel:   (415) 984-8700
Fax:   (415) 984-8701
*Attorneys for Defendant Hulu, LLC*

Lawrence M. Hadley, Esq.
Katherine M. Malmberg, Esq.
MCKOOL SMITH HENNIGAN, P.C.
865 S. Figueroa Street, Suite 2900
Los Angeles, CA 90017

Tel:   (213) 694-1200
Fax:   (213) 694-1234

Hazim Ansari, Esq.
HENNIGAN DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel:   (213) 694-1200
Fax:   (213) 694-1234
*Attorneys for Plaintiff/Appellant Ultramercial, Inc.*

Gregory C. Garre, Esq.
Richard P. Bress, Esq.
Katherine Twomey, Esq.
Gabriel K. Bell, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Tel:   (202) 637-2200
Fax:   (202) 637-2201

Richard G. Frenkel, Esq.
Lisa Kim Ahn Nguyen, Esq.
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel:   (650) 328-4600
Fax:   (650) 463-2600
*Attorneys for Defendant/Appellee WildTangent, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

September 5, 2012

Stephanie Shattuck
Legal Secretary