Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ultramercial, LLC and Ultramercial, Inc.   v.   Hulu, LLC and Wildtangent, Inc.

No. 2010-1544

## Revised ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se        ✓ As counsel for:    Electronic Frontier Fndtn. & Public Knowledge
                                          Name of party

I am, or the party I represent is (select one):

_____ Petitioner    _____ Respondent    ✓ Amicus curiae    _____ Cross-Appellant
_____ Appellant     _____ Appellee      _____ Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____ Petitioner or appellant        ✓ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Julie P. Samuels |
| Law firm: | Electronic Frontier Foundation |
| Address: | 454 Shotwell Street |
| City, State and ZIP: | San Francisco, CA 94110 |
| Telephone: | 415-436-9333 |
| Fax #: | 415-436-9993 |
| E-mail address: | julie@eff.org |

Statement to be completed by counsel only (select one):

  ✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

  _____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

  _____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15/2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

  _____ Yes    ✓ No

_____ A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/11/2012
Date                            Signature of pro se or counsel

cc: _____

RECEIVED
THE FEDERAL CIRCUIT APPEALS FOR
SEP 12 2012
JAN HORBALY
CLERK

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
SEP 12 2012
JAN HORBALY
CLERK

123