# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2010-1544

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

                        Plaintiffs-Appellants,

v.

HULU, LLC,

                        Defendant,

and

WILDTANGENT, INC.,

                        Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

A petition for hearing en banc having been filed by the Appellee,

Upon CONSIDERATION THEREOF, it is

ORDERED that the petition for hearing en banc be, and the same hereby is, DENIED.

Circuit Judge Moore did not participate in the vote.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

Dated: 09/24/2012

cc:　Lawrence M. Hadley
　　　Darin W. Snyder
　　　Gregory G. Garre
　　　Julie P. Samuels
　　　Peter J. Brann
　　　Daryl Joseffer

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 4 2012

JAN HORBALY
CLERK

ULTRAMERCIAL V HULU, 2010-1544
(DCT – 09-CV-6918)