2010-1544

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,**

*Plaintiffs-Appellants*,

v.

**HULU, LLC,**

*Defendant*,

**and**

**WILDTANGENT, INC.,**

*Defendant-Appellee*.

Appeal from the United States District Court for the Central District of California in case No. 2:09-CV-6918, Judge R. Gary Klausner.

## JOINT MOTION FOR SUPPLEMENTAL BRIEFING

On June 30, 2014, the Supreme Court granted Appellee WildTangent, Inc.'s petition for certiorari, vacated this Court's judgment, and remanded for further consideration in light of *Alice Corp. Pty. Ltd. v. CLS Bank International*, 134 S. Ct. 2347 (2014). *WildTangent, Inc. v. Ultramercial, LLC*, 134 S. Ct. 2870 (2014). On August 1, 2014, the Supreme Court issued its judgment. Appellants Ultramercial, LLC and Ultramercial, Inc. and Appellee WildTangent, Inc. respectfully move for the Court to permit supplemental briefing, not to exceed 20 pages, addressing the impact of *Alice*.

At issue in *Alice*, as here, is the proper application of 35 U.S.C. § 101 to computer-related methods—an issue that this Court has frequently struggled with in recent years. The parties suggest that the panel—which is expected to include at least one new member—would benefit from additional briefing on the impact of the Supreme Court's decision. Supplemental briefing is particularly warranted given the significant developments in § 101 jurisprudence in the three years since the parties' principal briefs and oral argument in this matter. In that time, there have been three Supreme Court decisions (including *Alice*) and numerous precedential decisions of this Court addressing § 101.

Accordingly, the parties respectfully move for the Court to permit them to file supplemental briefs, not to exceed 20 pages, addressing the impact of *Alice* and any other relevant developments since the parties' initial briefs were filed. In addition, the Court may also wish to schedule additional oral argument.

Respectfully submitted,

| | |
|---|---|
| /s/ Lawrence M. Hadley | /s/ Gregory G. Garre |
| Lawrence M. Hadley | Gregory G. Garre |
| MCKOOL SMITH HENNIGAN, P.C. | Gabriel K. Bell |
| 865 South Figueroa Street | LATHAM & WATKINS LLP |
| Suite 2900 | 555 Eleventh Street, NW |
| Los Angeles, CA  90017 | Suite 1000 |
| (213) 694-1200 | Washington, DC  20004 |
| | (202) 637-2207 |
| *Counsel for Plaintiffs-Appellants* | |
| *Ultramercial, LLC and* | Richard G. Frenkel |
| *Ultramercial, Inc.* | Lisa K. Nguyen |
| | LATHAM & WATKINS LLP |
| | 140 Scott Drive |
| | Menlo Park, CA  94025 |
| | (650) 328-4600 |
| | |
| | *Counsel for Defendant-Appellee* |
| | *WildTangent, Inc.* |

Dated:  August 5, 2014

# CERTIFICATE OF INTEREST

Counsel for Plaintiffs-Appellants Ultramercial, LLC and Ultramercial, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

    Ultramercial, LLC
    Ultramercial, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Ultramercial, LLC
    Ultramercial, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    No parent corporations or publicly held companies own 10 percent or more of the stock of the parties represented by me.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    McKool Smith Hennigan, P.C., Lawrence M. Hadley, Esq., Mieke K. Malmberg, Esq. (former), 865 S. Figueroa St., Suite 2900, Los Angeles, CA 90017

    Hennigan Dorman LLP (f/k/a Hennigan Bennett & Dorman, LLP), Hazim Ansari, Esq. (former), 865 S. Figueroa St., Suite 2900, Los Angeles, CA 90017

Dated: August 5, 2014                    /s/ Lawrence M. Hadley
                                         Lawrence M. Hadley
                                         *Counsel for Plaintiffs-Appellants*
                                         *Ultramercial, LLC and*
                                         *Ultramercial, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee WildTangent, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   WildTangent, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   WildTangent, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   WildTangent, Inc. has no parent corporation and no publicly held companies own 10 percent or more of its stock.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   <u>Wilson Sonsini Goodrich & Rosati PC</u>:  Richard G. Frenkel (former) and Lisa K. Nguyen (former).

   <u>Latham & Watkins LLP</u>:  Gregory G. Garre, Richard G. Frenkel, Lisa K. Nguyen, Gabriel Bell, Katherine I. Twomey (former), and Melissa A. Kopacz (former).

Dated: August 5, 2014                     /s/ Gregory G. Garre
                                          Gregory G. Garre
                                          *Counsel for Defendant-Appellee*
                                          *WildTangent, Inc.*

# DECLARATION OF AUTHORITY PURSUANT TO
# FEDERAL CIRCUIT RULE 47.3

Pursuant to Rule 47.3(d) of the Rules of the United States Court of Appeals for the Federal Circuit, I, Gregory G. Garre of Latham & Watkins, LLP, hereby swear under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following attorney has authorized me to sign the Joint Motion for Supplemental Briefing and accompanying Certificate of Interest on his behalf:

> Lawrence M. Hadley, counsel for Plaintiffs-Appellants Ultramercial, LLC and Ultramercial, Inc.

Executed: August 5, 2014          /s/ Gregory G. Garre
                                  Gregory G. Garre

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2014, I caused copies of the foregoing Joint Motion for Supplemental Briefing to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

/s/ Gregory G. Garre<br>
Gregory G. Garre