NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRAMERCIAL, INC., AND ULTRAMERCIAL, LLC,**
*Plaintiff-Appellant,*

v.

**HULU, LLC,**
*Defendant,*

AND

**WILDTANGENT, INC.,**
*Defendant-Appellee.*

---

2010-1544

---

Appeal from the United States District Court for the Central District California in No. 09-CV-6918, Judge R. Gary Klausner.

---

***SUA SPONTE***

---

PER CURIAM.

# O R D E R

The court *sua sponte* enters the following order in *Ultramercial, LLC v. Wildtangent, Inc.* (No. 2010-1544).

It Is Ordered That:

The parties are hereby directed to file briefs, not to exceed fifteen pages each, addressing the impact of the Supreme Court's decision in *Alice Corp. v. CLS Bank Int'l*, 573 U.S. __, 134 S. Ct. 2347 (2014), on the issue of patent eligibility under 35 U.S.C. § 101 in this case and how the court should proceed following the remand of the case from the Supreme Court. The briefs shall be filed no later than August 27, 2014.

For the Court

August 6, 2014          /s/ Daniel E. O'Toole
     Date              Daniel E. O'Toole
                       Clerk of Court

cc: Gregory G. Garre
Lawrence Milton Hadley