2010-1544

# United States Court of Appeals for the Federal Circuit

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

*Plaintiffs-Appellants*,

v.

HULU, INC.,

*Defendant*,

and

WILDTANGENT, INC.,

*Defendant-Appellee*.

Appeal from the United States District Court for the Central District of California in case no. No. 2:09-CV-6918, Judge R. Gary Klausner.

### DEFENDANT-APPELLEE'S UNOPPOSED MOTION TO MODIFY THE CAPTION

| | |
|---|---|
| Richard G. Frenkel | Gregory G. Garre |
| Lisa K. Nguyen | Gabriel K. Bell |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 140 Scott Drive | 555 Eleventh Street, NW |
| Menlo Park, CA 94025 | Suite 1000 |
| | Washington, DC 20004 |
| | (202) 637-2207 |
| | gregory.garre@lw.com |
| Dated: December 12, 2014 | *Counsel for Defendant-Appellee* |

Defendant-Appellee WildTangent, Inc. respectfully requests that the Court modify the caption to remove Hulu, Inc. Although Hulu was a Defendant in the district court, it was dismissed from this appeal on March 11, 2011 (ECF No. 30), without filing any briefs or participating in oral argument in the initial hearing before this Court. Nor did Hulu participate in the two additional hearings before this Court or in the two intervening trips to the Supreme Court. Modifying the caption is appropriate to accurately reflect the parties that litigated this appeal, especially given the extensive proceedings that occurred after Hulu was dismissed from the case. In addition, modifying the caption would conform the caption to the parties listed in the caption used by the Supreme Court in its orders in this case. Plaintiffs-Appellants Ultramercial, LLC, and Ultramercial, Inc. have indicated that they consent to this motion and do not intend to file a response.

Dated: December 12, 2014

Respectfully submitted,

/s/ Gregory G. Garre

| | |
|---|---|
| Richard G. Frenkel | Gregory G. Garre |
| Lisa K. Nguyen | Gabriel K. Bell |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 140 Scott Drive | 555 Eleventh Street, NW |
| Menlo Park, CA 94025 | Suite 1000 |
| | Washington, DC 20004 |
| | (202) 637-2207 |
| | gregory.garre@lw.com |

*Counsel for Defendant-Appellee*

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee certifies the following:

1. The full name of every party or amicus curiae represented by me is:

    WildTangent, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

    <u>Latham & Watkins LLP</u>:  Gregory G. Garre, Richard G. Frenkel, Lisa K. Nguyen, Gabriel K. Bell, Michelle Woodhouse, Katherine I. Twomey (former), and Melissa A. Kopacz (former).

    <u>Wilson Sonsini Goodrich & Rosati PC</u>:  Richard G. Frenkel (former) and Lisa K. Nguyen (former).

Dated: December 12, 2014               Respectfully submitted,

                                       /s/ Gregory G. Garre
                                       Gregory G. Garre
                                       LATHAM & WATKINS LLP
                                       555 Eleventh Street, NW
                                       Suite 1000
                                       Washington, DC 20004

                                       *Counsel for Defendant-Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2014, I caused copies of the foregoing Defendant-Appellee's Unopposed Motion To Modify The Caption to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

/s/ Gregory G. Garre  
Gregory G. Garre
